UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                          Chapter 7
                                                                Case No. 13-13453
John R. Dalferro                                                Honorable Frank J. Bailey

      Debtor
_____/

**MOTION OF OCWEN LOAN SERVICING, LLC FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

Ocwen Loan Servicing, LLC, a secured lien holder in the above captioned Chapter 7 proceeding, moves this court for an order, pursuant to 11 U.S.C. §362(d) and Rule 4001 of the Rules of Bankruptcy Procedure, for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclose a mortgage which it holds on real property known and numbered as 379 Main Street, Norwell, Massachusetts. In support of its motion, Ocwen Loan Servicing, LLC states the following:

1. On April 9, 2010, John Dalferro, executed a note to Ally Bank Corp. f/k/a GMAC Bank in the original principal amount of $235,223.00 (the "Note")( Exhibit A). The Note was subsequently endorsed in blank and transferred over to Movant (assignee).

2. The Note is secured by a mortgage executed by John R. Dalferro and non-Debtor Donna M. Dalferro to Mortgage Electronic Registration Systems, Inc, dated April 9, 2010 and recorded with the Plymouth County Registry of Deeds at Book 38610, on Page 32 (the "Mortgage") (Exhibit B). The Mortgage was subsequently assigned to Ocwen Loan Servicing, LLC by assignment of Mortgage dated June 21, 2013 and recorded with Plymouth County Registry of Deeds at Book 43256, Page 109 (Exhibit C). The Mortgage is a first mortgage on real property

*[Margin annotation, signed by Frank J. Bailey: "02/11/2014 The motion is hereby deemed withdrawn."]*