**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    John R. Dalferro | Chapter: 7 |
| | Case No: 13–13453 |
| Debtor | Judge Frank J. Bailey |

**ORDER DISCHARGING TRUSTEE**
**AND CLOSING CASE**

It is hereby **ORDERED** that Warren E. Agin, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:2/27/14                                                                                      By the Court,

                                                                                                            Frank J. Bailey
                                                                                                            U.S. Bankruptcy Judge